**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ERIE INSURANCE EXCHANGE,

        Respondent

        v.

ELIZABETH BACKMEIER, INDIVIDUALLY
AND IN HER CAPACITY AS THE
EXECUTRIX OF THE ESTATE OF
ANDREW J. BACKMEIER,

        Petitioner

:  No. 25 WAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.